PICKERING LUMBER CORPORATION, a corporation, Appellant, v. The AMERICAN INSURANCE COMPANY et al., Appellees.

No. 12491.

United States Court of Appeals
Ninth Circuit.

Aug. 18, 1950.

Harold C. Brown, San Francisco, Cal., Henry N. Ess, Charles E. Whittaker, Kansas City, Mo., for appellant.

Bert W. Levit, Long & Levit, San Francisco, Cal., for appellee.

Before ORR, Circuit Judge, and BOWEN and LEMMON, District Judges.

PER CURIAM.

For the reasons stated in its opinion, D. C., 87 F.Supp. 512, the judgment of the District Court is affirmed.

ESTATE of Ralph RAINGER, Deceased, Elizabeth Rainger, Executrix, Petitioner, v. COMMISSIONER OF INTERNAL REVENUE, Respondent.

No. 12419.

United States Court of Appeals
Ninth Circuit.

Aug. 22, 1950.

Harry J. Miller, Los Angeles, Cal., for petitioner.

Theron Lamar Caudle, Asst. Atty. Gen., Ellis N. Slack, A. F. Prescott and Carlton Fox, Sp. Assts. Atty. Gen., for respondent.

Before STEPHENS and BONE, Circuit Judges, McLAUGHLIN, District Judge.

PER CURIAM.

The judgment of the Tax Court is affirmed. 12 T.C. 483.